# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOVE'S TRAVEL STOP #441;<br>LOVE'S COUNTRY STORES OF<br>CALIFORNIA, INC.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00168 MCE-CKD<br>**(Civil Rights)**<br><br>**ORDER TO SET ASIDE DEFAULT JUDGMENT**<br><br><br>Action Filed Date: 02/08/2019<br>Trial Date:　　None set |

Pursuant to an Ex Parte Application, the stipulation of all parties, and good cause appearing, it is hereby ordered that the Entry of Default, entered on August 23, 2019, be set aside and the proposed Answer to Plaintiff's Complaint by Defendant LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., attached as part of Exhibit A to the Ex Parte Application, be deemed filed.

**IT IS SO ORDERED**.

Dated:　September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE