**GRIMM, VRANJES & GREER LLP**
EUGENE P. KENNY, Esq. / SBN: 105889
KATHLEEN McCORMICK, Esq. / SBN: 95765
550 West C Street, Suite 1100
San Diego, CA 92101
Tel: (619) 231-8802
Fax: (619) 233-6039
Email: GKenny@gvgllp.com
Email: KMcCormick@gvgllp.com

Attorneys for Defendant
LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. (erroneously sued and served as "LOVE'S TRAVEL STOP #441" and LOVE'S COUNTRY STORES OF CALIFORNIA, INC.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOVE'S TRAVEL STOP #441;<br>LOVE'S COUNTRY STORES OF CALIFORNIA, INC.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00168 MCE-CKD<br>**(Civil Rights)**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>Magistrate: Hon. Carolyn K. Delaney<br><br>Action Filed Date: 02/08/2019<br>Trial Date:　　Not Set |

　　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Resolution Program.

\*\*

\*\*

\*\*

\*\*

\*\*

\*\*

1

Dated: November 5, 2019       THOMAS E. FRANKOVICH, APLC

By: *Thomas E. Frankovich*
THOMAS E. FRANKOVICH
Attorneys for Plaintiff
BYRON CHAPMAN


Dated: November 5, 2019       GRIMM, VRANJES & GREER LLP

By: *Kathleen McCormick*
EUGENE P. KENNY
KATHLEEN McCORMICK
Attorneys for Defendant
LOVE'S TRAVEL STOPS &
COUNTRY STORES, INC.

**IT IS SO ORDERED.**

**DATED: November 13, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE